UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | ) ) ) |
| v. | ) No. 20-CR- 10284-IT ) |
| **ESTEBAN NIVAR ARAUJO** | ) ) ) |

## MOTION FOR RELEASE WITH CONDITIONS

Mr. Nivar moves this Court to order his release, with conditions, pursuant to the Bail Reform Act, 18 U.S.C. 3142, and the 5th Amendment Due Process Clause.

ESTEBAN NIVAR ARAUJO
By his attorney,

/s/John H. Cunha Jr.
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300
cunha@cunhaholcomb.com

Dated: November 23, 2020

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, was filed this date via the CM/ECF system, and also sent electronically on this date to the Probation Officer.

/s/ John H. Cunha, Jr.
John H. Cunha Jr.